**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01199-CR

### PETER PHUC HONG TRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81478-2012**

## ORDER

The Court **GRANTS** court reporter Janet L. Dugger's September 24, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Dugger to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE